# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140276

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

JOSEPH ALLEN PALMER,
　　　　Defendant-Appellant.

SC: 140276
COA: 294275
Wayne CC: 05-003395

_____/

　　　　On order of the Court, the application for leave to appeal the November 18, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

Clerk

s0719